BILAL A. ESSAYLI
United States Attorney
CHRISTINA T. SHAY
Assistant United States Attorney
Chief, Criminal Division
CAMERON C. VANDERWALL (Cal. Bar No. 322680)
Assistant United States Attorney
Domestic Security & Immigration
  Crimes Section
      1500 United States Courthouse
      312 North Spring Street
      Los Angeles, California 90012
      Telephone: (213) 894-0647
      Facsimile: (213) 894-0141
      E-mail:    cameron.vanderwall@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

                  UNITED STATES DISTRICT COURT

              FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 2:25-mj-00879-DUTY |
|---|---|
| Plaintiff, | [PROPOSED] ORDER |
| v. | |
| CARLOS ANTONIO GONZALEZ DE LEON, | |
| Defendant. | |

     The Court has read and considered the United States' Motion to
Dismiss Without Prejudice Complaint Against Defendant Carlos Antonio
Gonzalez De Leon Pursuant to Federal Rule of Criminal Procedure 48(a)
and any opposition thereto.  Finding good cause therefore and that
dismissal is in the interests of justice, the Court GRANTS the MOTION
and ORDERS as follows:

     1.   The complaint is DISMISSED without prejudice as to Carlos
          Antonio Gonzalez De Leon.

//

//

2.    Defendant's bond is exonerated.

IT IS SO ORDERED.

9/9/2025
_____
DATE

_____
HONORABLE MARGO A. ROCCONI
UNITED STATES MAGISTRATE JUDGE

Presented by:

/s/
_____
CAMERON C. VANDERWALL
Assistant United States Attorney